ALONZO R. PECK and Others v. SAMUEL S. PECK and Others.— Motion

denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.